## NATIONAL UNION INDEMNITY CO.

### v.

## POPE–CAWOOD LUMBER & SUPPLY CO., et al.

Court of Appeals of Kentucky.

Jan. 22, 1960.

Booth & Booth, Louisville, Wm. A. Hamm, London, for appellant.

J. C. Bird, Williamsburg, G. E. Reams, J. K. Beasley, James S. Greene, Jr., Gus B. Bruner, Hiram Brock, Jr., Harlan, for appellees.

PER CURIAM.

Motion for appeals from summary judgments in favor of five plaintiffs in consolidated actions by materialmen against National Union Indemnity Company, as surety on a building contractor's bond.

We are of opinion that the judgments are correct.

The motion for appeals is overruled, and the judgments stand affirmed.

Judge Bird took no part in the consideration or the decision of the cases.